UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY KINCHEN                                                CIVIL ACTION

VERSUS

BURL CAIN, ET AL.                                            NO.: 15-00380-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 16)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Petitioner, Anthony Kinchen's Petition for Writ of Habeas Corpus (Doc. 1). The Magistrate Judge recommended that Petitioner's application for habeas corpus be denied, and that this proceeding be dismissed, with prejudice, as untimely. (Doc. 16 at p. 12). The Magistrate Judge further recommended that, in the event Petitioner seeks to pursue an appeal, a certificate of appealability be denied. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 16)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Petitioner's **Petition for Writ of Habeas Corpus (Doc. 1)** is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that shall Petitioner seek an appeal, a certificate of appealability **SHALL NOT BE ISSUED**.

Baton Rouge, Louisiana, this 12th day of July, 2018.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA